AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

JEFFREY L. LECKRONE

*Plaintiff*

v.

SAINT CHARLES COUNTY MISSOURI, et al.

*Defendant*

Civil Action No. 4:17-cv-02144-JMB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Saint Charles County, Missouri
201 N. 2nd Street
Saint Charles, Missouri 63301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Frank R. Ledbetter
Ledbetter Law Firm, LLC
141 N. Meramec Avenue, Suite 24
Saint Louis, MO 63105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

*CLERK OF COURT*

Date: 07/31/2017

Mavis Gaines
*Signature of Clerk or Deputy Clerk*

KELLEY GIBBS
EXEC ASS'T
9-14-17
9:45 am

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:17-cv-02144-JMB

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ST. CHARLES CO., MISSOURI was received by me on *(date)* 9-13-2017.

☐ I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________, a person of suitable age and discretion who resides there, on *(date)* ________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KELLEY GIBBS, EXEC. ASS'T TO CO. EXECUTIVE, who is designated by law to accept service of process on behalf of *(name of organization)* ST. CHARLES CO., MISSOURI on *(date)* 9-14-2017 ; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9-14-2017

Richard Langdon
*Server's signature*

RICHARD LANGDON, PROCESS SERVER
*Printed name and title*

130 S. BEMISTON AVE., STE 300
CLAYTON, MO 63105
*Server's address*

Additional information regarding attempted service, etc: