# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | | |
|---|---|---|
| JEFFREY L. LECKRONE | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 4:17-CV-02144-JMB |
| SAINT CHARLES COUNTY, MISSOURI, ROBERT BELL, III, AND MARK O'NEILL | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robert Bell, III
101 Sheriff Dierker Court
O'Fallon, MO 63366

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Frank R. Ledbetter
Attorney at Law
141 N. Meramec Avenue, Suite 24
Saint Louis, MO 63105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/31/2017

Mavis Gaines
*Signature of Clerk or Deputy Clerk*

off JR. COPELAND, #573
9-14-17
9:15 am

Civil Action No. 4:17-CV-02144-JMB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ROBERT BELL, III
was received by me on *(date)* 9-13-2017

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* OFF. S.R. COPELAND #573 , who is
designated by law to accept service of process on behalf of *(name of organization)* ROBERT BELL, III
ST. CHARLES CO. POLICE OFFICER on *(date)* 9-14-2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9-14-2017

*Richard Langdon*
Server's signature

RICHARD LANGDON, PROCESS SERVER
Printed name and title

130 S. BEMISTON AVE., STE 130
CLAYTON, MO 63105
Server's address

Additional information regarding attempted service, etc: