AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

JEFFREY L. LECKRONE )
)
_____ )
*Plaintiff* )
) Civil Action No. 4:17-CV-02144-JMB
v. )
SAINT CHARLES COUNTY, MISSOURI, ROBERT )
BELL, III, AND MARK O'NEILL )
)
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mark O'Neill
101 Sheriff Dierker Court
O'Fallon, MO 63366

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Frank R. Ledbetter
Attorney at Law
141 N. Meramec Avenue, Suite 24
Saint Louis, MO 63105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/31/2017

Mavis Gaines
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:17-CV-02144-JMB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* J. MARK O'NEILL

was received by me on *(date)* AUG. 22, 2017

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* OFF. MIKE STOCK #657, who is designated by law to accept service of process on behalf of *(name of organization)* ST. CHARLES COUNTY POLICE DEPT. OFFICERS on *(date)* AUG. 23, 2017; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: AUG 23, 2017

*Richard Langdon*
*Server's signature*

RICHARD LANGDON
*Printed name and title*

130 S. BEMISTON AVE., STE 130
CLAYTON, MO 63105
*Server's address*

Additional information regarding attempted service, etc: