UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JEFFREY L. LECKRONE

    Plaintiff(s),

  vs.

SAINT CHARLES COUNTY et al.

    Defendant(s).

Case No. 4:17 CV 2144 (JMB)

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's <u>Order Referring Case</u> to ADR for **mediation/early neutral evaluation,** dated _____7/16/2018_____ the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral:   Ann Davis Shields

Firm Name and Address:   Washington University School of Law
One Brookings Drive
Campus Box 1120
St. Louis, MO 63130

Telephone & FAX Number:   (314) 302-4530; (314) 935-5356

**The attorneys of record in this case are:**

Name of Lead Counsel:   Frank R. Ledbetter

Firm Name and Address:   Ledbetter Law Firm, LLC
141 N. Meramec Avenue, Suite 24
Saint Louis, MO 63105

Telephone & FAX Number:   (314) 535-7780; (314) 533-7078

Name of Other Counsel:   Holly E. Magdziarz

Firm Name and Address: Saint Charles County Counselor's Office
100 N. Third Street, Suite 216
St. Charles, MO 63301

Telephone & FAX Number: (636) 949-7540; (636) 949-7541

**The completion deadline for this ADR referral is** 9/4/2018

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference: August 17                                                                                  2018

Time of Conference: 9:00 am                                                                                   a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location: Saint Charles County Counselor's Office
100 N. Third Street, Suite 216
St. Charles, MO 63301

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

August 9, 2018
Date

/s/ Frank R. Ledbetter
Attorney for Plaintiff

Signature of Plaintiff(s)

Holly E. Magdziarz
Attorney for Defendant

Signature of Defendant(s)